UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KRUTI DESAI et al.,                                                                                         Plaintiffs,

v.                                                                                 Civil Action No. 3:14-cv-459-DJH

CHARTER COMMUNICATIONS, LLC,                                                                 Defendant.

\* \* \* \* \*

## AMENDED JUDGMENT

In accordance with the Memorandum Opinion and Order entered March 29, 2019 (Docket No. 196), and notwithstanding Plaintiffs' objection (*see* D.N. 199), the prior Judgment (D.N. 179) is hereby **AMENDED** as follows:

(1)    Judgment is entered in favor of Plaintiffs against Defendant Charter Communications, LLC in the following amounts:

  (a) Kruti Desai
    Compensatory damages: $350,000.00
    Punitive damages: $350,000.00

  (b) Melanie B. Fink
    Compensatory damages: $350,000.00
    Punitive damages: $350,000.00

  (c) Belinda Gale Parkerson
    Compensatory damages: $350,000.00
    Punitive damages: $350,000.00

  (d) Jeremy Parkerson
    Compensatory damages: $350,000.00
    Punitive damages: $350,000.00

  (e) Daniel Popp
    Compensatory damages: $350,000.00
    Punitive damages: $350,000.00

  (f) James Ross
    Compensatory damages: $350,000.00
    Punitive damages: $350,000.00

  (g) Carolyn Vincent
    Compensatory damages: $350,000.00
    Punitive damages: $350,000.00

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

April 19, 2019

**David J. Hale, Judge**
**United States District Court**