UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(Electronically Filed)

| | |
|---|---|
| KRUTI DESAI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:14-cv-459-DJH |
| ) | |
| CHARTER COMMUNICATIONS, LLC ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Comes now the Plaintiffs, Kruti Desai, Dan Popp, James Ross, Carolyn Vincent, Melanie Fink, Jeremy Parkerson, and Gail Parkerson, by and through counsel, and give notice that they are appealing to the United States Sixth Circuit Court of Appeals from that portion of the Opinion and Order entered on March 29, 2019 (DN 196) that granted Charter's Motion for Judgment N.O.V. or in the alternative for a new trial to the extent that Charter sought reduction of punitive damages and the Court granted Charter's Motion to reduce punitive damages to $350,000.00 for each Plaintiff and from the amended judgment filed on April 19, 2019 (DN 200) which reduced each Plaintiff's punitive damage award from $1,000,000.00 to $350,000.00.

The party against whom this appeal is taken is Charter Communications, LLC.

Respectfully submitted,

CARROLL & TURNER, P.S.C.
ATTORNEYS AT LAW
56 COURT STREET
MONTICELLO, KY  42633
(606) 348-9767
tomcarroll@carroll-turner.com
lanceturner@carroll-turner.com
ATTORNEY FOR PLAINTIFF

BY: /s/ Thomas E. Carroll
    /s/ Lance W. Turner

## CERTIFICATE OF SERVICE

      I certify that on   May 1, 2019, I filed this Notice of Appeal with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

KIRKLAND & ELLIS LLP
John C. O'Quinn (admitted pro hac vice)
Tracie L. Bryant (admitted pro hac vice)

Kasdin M. Mitchell (admitted pro hac vice)*
*Admitted only in Alabama; practice is supervised by principals of the Firm
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 389-5000
Facsimile: (202) 389-5200
patrick.philbin@kirkland.com
tracie.bryant@kirkland.com
kasdin.mitchell@kirkland.com

STOLL KEENON OGDEN PLLC
Culver V. Halliday
Stephen P. McCallister
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
(502) 568-5707
Facsimile: (502) 333-6099
culver.halliday@skofirm.com
stephen.mccallister@skofirm.com

THOMPSON & COBURN LLP
Laura M. Jordan, 48755MO
R. Nelson Williams, 63322MO
One US Bank Plaza, Suite 2700
St. Louis, Missouri 63101
(314) 552-6469
Facsimile: (314) 552-7000
ljordan@thompsoncoburn.com
rwilliams@thompsoncoburn.com