Nos. 19-5466/19-5467

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

<div style="border:1px solid black;">

**FILED**
Jan 27, 2021
DEBORAH S. HUNT, Clerk

</div>

KRUTI DESAI, MELANIE B. FINK; BELINDA )
GALE PARKERSON; JEREMY PARKERSON; )
DANIEL POPP; JAMES ROSS; CAROLYN )
VINCENT, )
      Plaintiffs-Appellees/Cross-Appellants, )
)
v. )
)
CHARTER COMMUNICATIONS, LLC, )
      Defendant-Appellant/Cross-Appellee. )

O R D E R

Before:  GIBBONS, LARSEN, and NALBANDIAN, Circuit Judges.

By order of November 9, 2020, this court certified two questions of law to the Supreme Court of Kentucky pursuant to Kentucky Rule of Civil Procedure 76.37.  This court is now informed that the parties have reached a settlement and will enter a stipulation of dismissal in this appeal.

The questions previously certified now being moot, the Order of Certification is hereby WITHDRAWN.  The Clerk will forward this Order to the Supreme Court of Kentucky and the parties.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk